B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nurses' Registry and Home Health Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**61-1051992** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1420 North Broadway**<br>**Lexington, KY**<br><br>ZIP Code **40505** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**101 Venture Court, Suite 1A**<br>**Lexington, KY**<br><br>ZIP Code **40511** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Nurses' Registry and Home Health Corporation** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nurses' Registry and Home Health Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Laura Day DelCotto**
Signature of Attorney for Debtor(s)

**Laura Day DelCotto**
Printed Name of Attorney for Debtor(s)

**DelCotto Law Group PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507-1017**

_____
Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**June 26, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Vicki S. House**
Signature of Authorized Individual

**Vicki S. House**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 26, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Nurses' Registry and Home Health Corporation**                     Case No. _____

                                                            Debtor(s)          Chapter        **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **BRIDGEFIELD CASUALTY INSURANCE COMPANY - PO BOX 32034 LAKELAND, FL 33802** | | **workers comp insurance** | | **30,501.36** |
| **CAREVOYANT INC 1933 N. MEACHAM ROAD SUITE 310 SCHAUMBURG, IL 60173** | | **computer software and maintenance** | | **30,031.25** |
| **CHASE LEGAL IMAGING 300 WEST VINE STREET SUITE 800 LEXINGTON, KY 40507** | | **hosting legal information** | | **22,672.85** |
| **CHILD DEVELOPMENT CENTER OF BLUEGRASS 290 ALUMNI DRIVE LEXINGTON, KY 40503** | | **independent contractor for patient care** | | **25,410.00** |
| **FAMILY CHOICE HOME CARE 2150 LEXINGTON RD STE G RICHMOND, KY 40475** | | **independent contractor for patient care** | | **25,666.50** |
| **FEDERAL EXPRESS CORPORATION P O BOX 371461 Pittsburgh, PA 15250-7461** | | **shipping supplies** | | **9,833.87** |
| **FIRST CHOICE MEDICAL SUPPLY PO BOX 3608 JACKSON, MS 39207** | | **trade debt** | | **101,821.64** |
| **HI-ACRES SHOPPING CENTER 101 VENTURE COURT STE 1-A Lexington, KY 40511** | | **rent** | | **20,330.30** |
| **HORN, RICHARDSON & ASSOCIATES 2412 GREATSTONE POINT Lexington, KY 40504-3274** | | **independent contractor for patient care** | | **89,436.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Nurses' Registry and Home Health Corporation**                     Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| HOUSE ENERGIES<br>101 VENTURE COURT, SUITE 1-A<br>Lexington, KY 40511 | | rent | | 30,164.18 |
| HOUSE ENERGIES<br>101 VENTURE COURT, SUITE 1-A<br>LEXINGTON, KY 40511 | | loan repayment for traditional bank money loanned to company | | 12,429.99 |
| INSIGHT<br>P.O. BOX 731069<br>DALLAS, TX 75373-1069 | | trade debt/computer | | 12,309.14 |
| JOHN RICHARD<br>989 GOVERNORS LANE STE 220<br>LEXINGTON, KY 40513 | | medical director | | 11,650.00 |
| MCKESSON MEDICAL-SURGICAL MINNESOTA SUPP<br>P O BOX 630693<br>Cincinnati, OH 45274-0693 | | trade debt | | 19,762.71 |
| MEDLINE INDUSTRIES, INC<br>DEPT CH 14400<br>Palatine, IL 60055-4400 | | trade debt | | 23,036.92 |
| NURSE STAT<br>672 KENNEDY BRIDGE RD<br>HARRODSBURG, KY 40330 | | independent contractor for patient care | | 30,679.20 |
| ON THE MOVE PEDIATRIC THERAPY<br>2520 REGENCY RD STE 150<br>LEXINGTON, KY 40503 | | independent contractor for patient care | | 16,328.00 |
| REIDY MEDICAL SUPPLY, INC.<br>P.O. BOX 713079<br>CINCINNATI, OH 45271-3079 | | trade debt | | 11,736.79 |
| VICLEN DBA NR RESPIRATORY &HME<br>101 VENTURE COURT STE 1-A<br>LEXINGTON, KY 40511 | | enteral supplies purchased from viclen for patients | | 9,469.38 |
| WEST IP COMMUNICATIONS DEPARTMENT 1413<br>Denver, CO 80256 | | telephone | | 10,827.27 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Nurses' Registry and Home Health Corporation**              Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 26, 2015**             Signature  **/s/ Vicki S. House**

                                       **Vicki S. House**
                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Nurses' Registry and Home Health Corporation**                      ,       Case No. _____

                                           Debtor          Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of Lennie G. House**<br>**David Porter, Esq.**<br>**Stites & Harbison**<br>**250 West Main Street, Suite 2300**<br>**Lexington, KY 40507** | **common stock** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____ **June 26, 2015** _____      Signature\_ **/s/ Vicki S. House** _____

                                                         **Vicki S. House**
                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

\_\_**0**\_\_  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Nurses' Registry and Home Health Corporation**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of   **16**   page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:   **June 26, 2015**

**/s/ Vicki S. House**
**Vicki S. House**/President
Signer/Title

I,   **Laura Day DelCotto**   , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of   **16**   page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:   **June 26, 2015**

**/s/ Laura Day DelCotto**
Signature of Attorney
**Laura Day DelCotto**
**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800   Fax: (859) 281-1179**

ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
Chicago IL 60693


AdvanceMed Corporation
Attn: President
11730 Plaza America Drive
Reston VA 20190


ADVANTAGE LEARNING CENTER
2673 ASHBROOKE DR
Lexington KY 40513


AIR CONTROL
997 FLOYD DRIVE SUITE #100
LEXINGTON KY 40505


AMERICAN EXPRESS
P.O. BOX 360001
FT. LAUDERDALE FL 33336-0001


ANN DERRINGER
585 GOGGINS LN
DANVILLE KY 40422


ANSWER ONE, INC.
3321 WINCHESTER ROAD
Lexington KY 40509


API HEALTHCARE
16801 ADDISON ROAD STE 240
ADDISON TX 75001


AROUND THE CLOCK
1204 AUSTIN CT
Lexington KY 40517


AT&T - Paris
P.O. BOX 105262
Atlanta GA 30348-5262


AT&T - Richmond
P.O. BOX 105262
ATLANTA GA 30348-5262

AT&T- Winchester
P.O. BOX 105262
Atlanta GA 30348-5262


ATHENS PAPER
P.O. BOX 932811
Atlanta GA 31193-2811


ATMOS ENERGY
P.O. BOX 790311
SAINT LOUIS MO 63179-0311


BAPTIST COMMUNITY HEALTH  SERVICES
PO BOX 950166
LOUISVILLE KY 40295-0166


BERRY
100 EXECUTIVE PARKWAY
HUDSON OH 44236-1630


BLUEGRASS BIOMEDICAL, INC
363 SOUTH FOURTH ST PO BOX 296
DANVILLE KY 40422


Bourbon County Fiscal Court
Bourbon County Treasurer
301 Main Street
Paris KY 40361


Bourbon County Sheriff
Mark L. Matthews
301 Main Street, Room 104
Paris KY 40361


BRIDGEFIELD CASUALTY INSURANCE COMPANY -
PO BOX 32034
LAKELAND FL 33802


BUSY BEE OCCUPATIONAL THERAPY
102 MAGNOLIA DR
RICHMOND KY 40475


CANON FINANCIAL SERVICES, INC
PO BOX 5008
MOUNT LAUREL NJ 08054-5008

CANON SOLUTIONS AMERICA
15004 COLLECTIONS CENTERE DR
CHICAGO IL 60693


CAREERBUILDER LLC
13047 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0130


CAREVOYANT INC
1933 N. MEACHAM ROAD SUITE 310
SCHAUMBURG IL 60173


CAROL CLAYTON RALEY
143 SOUTH HILL ROAD
Versailles KY 40383


CDW GOVERNMENT, INC
75 REMITTANCE DRIVE SUITE 1515
Chicago IL 60675-1515


Centers for Medicare & Medicaid Services
Attn: Andy Slavitt, Acting Admin.
7500 Security Blvd.
Baltimore MD 21244


CENTRAL BANK & TRUST CO.
PO BOX 1750
Lexington KY 40588-1750


CENTRAL BUSINESS SYSTEMS,INC.
PO BOX 4450
Lexington KY 40544-4450


CENTRAL FORMS SOLUTIONS, INC
PO BOX 410
NICHOLASVILLE KY 40340


CHASE LEGAL IMAGING
300 WEST VINE STREET SUITE 800
LEXINGTON KY 40507


CHILD DEVELOPMENT CENTER OF BLUEGRASS
290 ALUMNI DRIVE
LEXINGTON KY 40503

CIT TECHNOLOGY FIN SERV, INC
21146 NETWORK PLACE
Chicago IL 60673-1211


City of Georgetown
Attn: City Clerk's Office
100 Court Street
Georgetown KY 40324


City of Paris
525 High Street
Paris KY 40361


CITY OF PARIS COMBINED UTITILITIES
525 HIGH STREET
PARIS KY 40361


City of Richmond
PO Box 1268
Richmond KY 40475


City of Winchester
PO Box 4135
Winchester KY 40392


Clark County Sheriff Dept.
17 Cleveland Ave.
Winchester KY 40391


Clark County Treasurer
34 S. Main Street #103
Winchester KY 40391


CLARK IMMEDIATE CARE CENTER
1934 BYPASS ROAD
WINCHESTER KY 40391


COLUMBIA GAS
P.O. BOX 742523
Cincinnati OH 45274

Commonwealth of Kentucky
Cabinet for Health and Family Services
c/o Matthew Kleinert, Esq.
275 E. Main St.□□
Frankfort KY 40621


COMMONWEALTH TECHNOLOGY
PO BOX 706326 STE #110
CINCINNATI OH 45270-3626


CORE4 THERAPY GROUP
120 KENTUCKY AVENUE SUITE 120
LEXINGTON KY 40502


DANVILLE BOTTLE WATER
PO BOX 755
Danville KY 40423


David Guarnieri, Esq.
McBrayer, McGinnis, Leslie & Kirkland
201 East Main Street, Suite 900
Lexington KY 40507


David Porter, Esq.
Stites & Harbison
250 West Main Street, Suite 2300
Lexington KY 40507


DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
Philadelphia PA 19101-1602


DENISE L. SCHLAAK
2728 Woodlawn Way
Lexington KY 40511


DENISE WEISS-SALINES
422 Letcher Avenue
RICHMOND KY 40475


DURKIN REPORTING
77 WEST WASHINGTON ST STE 718
CHICAGO IL 60602

EASTERN TELEPHONE & TECHNOLOGIES INC
PO BOX 2898
PIKEVILLE KY 41502


ELECTRONIC BUSINESS MACHINES
1408 VERSAILLES ROAD
LEXINGTON KY 40504


ELINK DESIGN, INC
400 EAST VINE STREET STE 301
LEXINGTON KY 40507


ELMER WITT LAWN MASTERS
973 ROCKBRIDGE ROAD
LEXINGTON KY 40515


ENVIRONMENTAL WASTE SYSTEM LLC
PO 964
SOMERSET KY 42502


ESOLUTIONS
WS# 165 PO BOX 414378
KANSAS CITY MO 64141


Estate of Lennie G. House
811 Corporate Drive, Suite 303
Lexington KY 40503


FAMILY CHOICE HOME CARE
2150 LEXINGTON RD STE G
RICHMOND KY 40475


FAST BREAK DOUGHNUTS#1 LLC DBA DUNKIN' D
1999 RICHMOND ROAD SUITE 300
LEXINGTON KY 40502


Fayette County Clerk
162 East Main Street
Lexington KY 40507


Fayette County Public Schools
Tax Collection Office
P.O. Box 55570
Lexington KY 40555

Fayette County Sheriff
150 North Limestone St, Ste 265
Lexington KY 40507


FEDERAL EXPRESS CORPORATION
P O BOX 371461
Pittsburgh PA 15250-7461


FIRST CHOICE MEDICAL SUPPLY
PO BOX 3608
JACKSON MS 39207


G. NEIL
P O BOX 451179
SUNRISE FL 33345-1179


Garrard County Fiscal Court
Tax Administrator
P.O. Box 595
Lancaster KY 40444


Georgetown-Scott County Revenue Comm
PO Box 800
Georgetown KY 40324


GROTT LOCKSMITH CENTER INC
1112 WINCHESTER ROAD
LEXINGTON KY 40505


HI-ACRES
101 VENTURE COURT STE 1-A
Lexington KY 40511


HI-ACRES SHOPPING CENTER
101 VENTURE COURT STE 1-A
Lexington KY 40511


HIGHBRIDGE SPRING WATER
PO BOX 100
Wilmore KY 40390


HOLDTIME.NET
P.O. BOX 910751
Lexington KY 40591

HORN, RICHARDSON & ASSOCIATES
2412 GREATSTONE POINT
Lexington KY 40504-3274


HOUSE CHILDREN
c/o Richard Getty, Esq.
The Getty Law Group PLLC
250 West Main Street, Suite 1900
Lexington KY 40507


HOUSE ENERGIES
101 VENTURE COURT, SUITE 1-A
LEXINGTON KY 40511


INDEPENDENCE MEDICAL
P.O. BOX 635864
Cincinnati OH 45263-5864


INSIGHT
P.O. BOX 731069
DALLAS TX 75373-1069


INSIGHT GLOBAL FINANCE
21146 NETWORK PLACE
CHICAGO IL 60673-1211


Insight Global Finance
10201 Centurion Parkway North, Suite 100
Jacksonville FL 32256


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


J SMITH LANIER & CO
POWEEL-WALTON-MILWARD
360 E. Vine Street #200
Lexington KY 40507


JOHN RICHARD
989 GOVERNORS LANE STE 220
LEXINGTON KY 40513

JONATHAN MASSEY
414 TIMOTHY AVENUE
DANVILLE KY 40422


KATE RESINGER
1812 DARIEN DR
LEXINGTON KY 40504


KATHRYN JONES
1109 MCCANN DR STE 1
Winchester KY 40391


KAY MCCOY
118 BRAMPTON PLACE
VERSAILLES KY 40383


KENTUCKY AMERICAN WATER
P.O. BOX 371880
PITTSBURGH PA 15250-7880


KENTUCKY HOME CARE  ASSOC.
2331 FORTUNE DRIVE STE 280
LEXINGTON KY 40509


Kentucky State Treasurer
1050 US Highway 127 South
Suite 100
Frankfort KY 40601


KENTUCKY UTILITIES COMPANY
PO BOX 9001954
LOUISVILLE KY 40290


KNIGHTHORST SHREDDING, LLC
PO BOX 25141
LEXINGTON KY 40524-5141


LEAF
PO BOX 644006
CINCINNATI OH 45264-4006


Leestown Properties

LEN BEN, LLC
101 VENTURE CT. STE 1-A
LEXINGTON KY 40511


LENNIE AND VICKI HOUSE
101 VENTURE COURT STE 1-A
LEXINGTON KY 40511


LENNIE HOUSE
101 VENTURE COURT STE 1-A
Lexington KY 40511


LFUCG
PO BOX 742636
CINCINNATI OH 45274-2636


LFUCG
Department of Law
200 E. Main St., 11th Floor
Lexington KY 40507


LV VENTURES


M CARY BLAYDES
471 WOODLAKE WAY
LEXINGTON KY 40502-2535


Madison County Sheriff
135 West Irvine St., Suite B01
Richmond KY 40475


MAIL FINANCE
25881 NETWORK PLACE
CHICAGO IL 60673-1258


MARLIN M HEROLAGA
715 CANDLEWOOD CT
MOUNT STERLING KY 40353


MCKESSON MEDICAL - SURGICAL
1005 SATELLITE BLVD ATLANTA #4
SUWANEE GA 30024

MCKESSON MEDICAL-SURGICAL MINNESOTA SUPP
P O BOX 630693
Cincinnati OH 45274-0693


MCN Healthcare
1777 South Harrison Street STE 405
DENVER CO 80210


MEDLINE INDUSTRIES, INC
DEPT CH 14400
Palatine IL 60055-4400


MOUNTJOY CHILTON MEDLEY LLP
2000 MEIDINGER TOWER 462 SOUTH FOURTH ST
LOUISVILLE KY 40202


NEW BEGINNINGS THERAPY SERVICES, LLC
524 McRander Drive
Berea KY 40403


NR CHARITABLE FOUNDATION
101 VENTURE COURT STE 1-A
Lexington KY 40511


NR INC
101 VENTURE COURT STE 1-A
LEXINGTON KY 40511


NR INC C/0 RESPITE SERVICES
101 VENTURE COURT STE 1-A
LEXINGTON KY 40511


NR INC C/O NRHH SERVICES
101 VENTURE COURT STE 1-A
LEXINGTON KY 40511


NURSE STAT
672 KENNEDY BRIDGE RD
HARRODSBURG KY 40330


OCCUPATIONAL HEATH CTR
PO BOX 31420
INDEPENDENCE OH 44131-0420

OFFICE DEPOT, INC.
PO BOX 633204
CINCINNATI OH 45263-3204


OLD KENTUCKY CHOCOLATE
450 SOUTHLAND DRIVE PO BOX 4245
LEXINGTON KY 40544


ON THE MOVE PEDIATRIC THERAPY
2520 REGENCY RD STE 150
LEXINGTON KY 40503


Paris Board of Education
310 West Seventh Street
Paris KY 40361


PATTERSON MEDICAL
281-- TORCH PKWAY 700
WARRENVILLE IL 60555-3938


PEDIATRIC PHYSICAL THERAPY PLLC C/O BEVE
1057 CHASEWOOD WAY
LEXINGTON KY 40513


PENNED DESIGNS
3703 WINCHESTER ROAD
Lexington KY 40509


PRIME RATE PREMIUM FINANCE CORPORATION,
P.O. BOX 580016
CHARLOTTE NC 28258-0016


PROGRESSIVE MEDICAL, INC
PO BOX 771410
SAINT LOUIS MO 63177


QUENTIN WALKER JR
449 ADAIR ROAD
LEXINGTON KY 40502


R&L MEDICAL LEGAL CONSULTING
1905 S PALM COURT DR
HARLINGEN TX 78552

REIDY MEDICAL SUPPLY, INC.
P.O. BOX 713079
CINCINNATI OH 45271-3079


RG Wardrip, Sheriff
15 Public Square, Suite 4
Lancaster KY 40444


RICHARD ARNOLD MD
302 EAST PLEASANT STREET
CYNTHIANA KY 41031


SAM'S CLUB
PO BOX 530970
Atlanta GA 30353-0970


SHELL FLEET
PO BOX 183019
Columbus OH 43218-3019


SHRED-IT USA LLC DBA SHRED-IT LEXINGTON
1700 FORTUNE COURT STE 175
LEXINGTON KY 40509


SIMIONE CONSULTANTS, LLC
4130 WHITNEY AVENUE
Hamden CT 06518


SOLARWINDS
PO BOX 730720
DALLAS TX 75373-0720


SOUTH CENTRAL PRINTING INCORP.
PO BOX 339
Columbia KY 42728


STANDARD COFFEE SERVICE CO.
PO BOX 952748
SAINT LOUIS MO 63195-2748


SWITZER  MCGAUGHEY & KING, PSC
811 CORPORATE DRIVE, SUITE 303
LEXINGTON KY 40503

```
SWITZER DEVELOPMENT
811 CORPORATE DRIVE
LEXINGTON KY 40513


SYLVESTER PEOPLES
3013 LAGUNA COURT
LEXINGTON KY 40511


TELANET TELECOMMUNICATIONS LLC
PO Box 23497
LEXINGTON KY 40523-3497


TERMINIX
1224 U.S. HWY 127 S. STE B
FRANKFORT KY 40601


THE SPEECH NETWORK
2035 Regency Road Ste. 5
LEXINGTON KY 40503


THE SPEECH PATH
210 N BROADWAY #5
BEREA KY 40403


THOMAS KING
500 SOUTHLAND DR
Lexington KY 40503


TIM FAIN
105 CRANE CT
GEORGETOWN KY 40324


TIME WARNER CABLE
PO BOX 1060
CAROL STREAM IL 60132-1060


Tony Hampton, Sheriff
120 North Hamilton Street
Georgetown KY 40324


TOTALFUNDS BY HASLER
PO BOX 30193
Tampa FL 33630-3193
```

```
TRAVELERS
PO BOX 660317
DALLAS TX 75266-0317


TRISTAN'S TURF C/O TRISTAN ROGERS
19 VICTORY AVE
WINCHESTER KY 40391


U.S. Department of Health and Human Serv
Attn: Sylvia Mathews Burwell
200 Independence Avenue, S.W.
Washington DC 20201


U.S. Department of Justice
c/o Richard S. Nicholson, Esq.
Patrick Henry Building, Room 9928
601 D St., NW
Washington DC 20004


United States Department of Justice
c/o Paul McCaffrey, Esq.
c/o Christine Corndorf, Esq.
260 W. Vine Street, Suite 300
Lexington KY 40507


VERIZON
PO BOX 25505
LEHIGH VALLEY PA 18002-5505


VH HARTLAND HILLS LLC
1005 TANBARK ROAD
LEXINGTON KY 40515


VICKI HOUSE
101 VENTURE COURT STE 1-A
LEXINGTON KY 40511


VICLEN DBA NR RESPIRATORY &HME
101 VENTURE COURT STE 1-A
LEXINGTON KY 40511


WARNER'S PRINTING SERVICE LLC
125 COMMERCE DR
NICHOLASVILLE KY 40356
```

WEEPLAY,LLC
8850 Hickory Hill Road
LEXINGTON KY 40515


WEST IP COMMUNICATIONS
DEPARTMENT 1413
Denver CO 80256


WINDSTREAM KENTUCKY EAST INC
P O BOX 9001908
LOUISVILLE KY 40290-1908


YP
PO BOX 5010
CAROL STREAM IL 60197-5010


ZIRMED, INC
1311 SOLUTIONS CENTER
CHICAGO IL 60677-1311

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   **Nurses' Registry and Home Health Corporation**

Debtor(s)

Case No.

Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nurses' Registry and Home Health Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 26, 2015**

Date

**/s/ Laura Day DelCotto**

**Laura Day DelCotto**

Signature of Attorney or Litigant

Counsel for   **Nurses' Registry and Home Health Corporation**

**DelCotto Law Group PLLC**
**200 North Upper Street**
**Lexington, KY 40507-1017**
**(859) 231-5800 Fax:(859) 281-1179**