

May 6, 2015

Nurses Registry and Home Health Corporation
101 Venture Court
Suite 1A
Lexington, Kentucky 40511

Re:   Notice of Suspension of Medicare Payments
      Provider Number(s): 187109

To whom it may concern:

The purpose of this letter is to notify you of the Centers for Medicare & Medicaid Services' (CMS) determination to suspend Nurses Registry and Home Health Corporation's Medicare payments. The suspension of Medicare payments took effect on May 4, 2015. Prior notice of the suspension was not provided because CMS has determined that the Medicare Trust Funds would be harmed by giving prior notice. See 42 C.F.R. § 405.372(a)(3). CMS' determination to suspend is based on "credible allegations of fraud." See 42 C.F.R. § 405.372(a)(4).

CMS, through its Central Office, is responsible for the decision to suspend Nurses Registry and Home Health Corporation's Medicare payments. See 42 C.F.R. § 405.372(a)(4)(iii). This suspension may last until resolution of an investigation concerning the credible allegation of fraud and may be extended under certain circumstances. See 42 C.F.R. § 405.372(d)(3)(i)-(ii).

As noted above, the suspension of your Medicare payments is based on "credible allegations of fraud", defined as "an allegation from any source," to include "fraud hotline complaints and patterns identified through provider audits, civil false claims cases, and law enforcement investigations." See 42 C.F.R. § 405.370. Allegations are considered credible when they possess indicia of reliability. Id. Here, CMS received credible allegations that Nurses Registry does not discharge patients that no longer need services and/or have reached their maximum potential from the services.

Specifically, the suspension of your Medicare payments is based on, but not limited to, interviews of staff and patients which corroborated the allegation that patients who are receiving or have received services from Nurses Registry are not appropriate for home health services and claims for these services should be denied. The following are examples of those denials:

| Beneficiary | Start of Services | End of Services | Total Paid to Nurses Registry |
|---|---|---|---|
| Beatty, Betty | 01/02/2014 | 08/29/2014 | $6,994.91 |
| Burton, Idella | 12/01/2013 | 07/28/2014 | $7,370.02 |
| Stokley, John | 11/28/2013 | 07/26/2014 | $8,419.01 |
| Stokley, Ruby | 10/10/2013 | 08/06/2013 | $7,132.14 |

Pursuant to 42 C.F.R. § 405.372(b)(2), you have the right to submit a rebuttal statement in writing within 15 days addressing why the suspension should be removed. You may include with this statement any evidence you believe is pertinent to your reasons why the suspension should be removed. Your rebuttal statement and any pertinent evidence should be sent to:

Jim Burke, Program Integrity Manager
AdvanceMed Corporation, ZPIC Zone 3
2118 Southwest Boulevard
Grove City, Ohio 43123

If you submit a rebuttal statement, we will review that statement (and any supporting documentation), along with other materials associated with the case. We will determine whether the suspension should be removed or should remain in effect based on a careful review of the information you submit and all other relevant information known to us. Any additional documentation received will not alter an initial finding; however, you will have the opportunity to appeal these decisions thru the published appeals process with your Medicare Affiliated Contractor (MAC). Thereafter, we will notify you in writing of our determination to continue or remove the suspension, and provide specific findings on the conditions upon which the suspension may be continued or removed, as well as an explanatory statement of the determination. See 42 C.F.R. § 405.375(b)(2). This determination is not appealable. See 42 C.F.R. § 405.375(c).

If the suspension is continued, we will review additional evidence during the suspension period to determine whether claims are payable and/or whether an overpayment exists, and if so, the amount of the overpayment. See 42 C.F.R. § 405.372(c). We may need to contact you with specific requests for further information. You will be informed of developments and will be promptly notified of any overpayment determination. Claims will continue to be processed during the suspension period, and you will be notified about bill/claim determinations, including appeal rights regarding any bills/claims that are denied. Payment suspension applies to both claims in process and future claims. However, suspension of Medicare funds will continue while your statement is being reviewed.

In the event an overpayment is determined and it is determined that a recoupment of payments under 42 C.F.R. § 405.371(a)(3) should be put into effect, you will receive a separate written notice of the intention to recoup and the reasons therefore, and will be given an opportunity for rebuttal in accordance with 42 C.F.R. § 405.374 from Palmetto GBA. When the payment suspension has been removed, suspended payments first will be applied to reduce or eliminate any overpayments, and then to reduce any other obligation to CMS or to the U.S. Department of Health and Human Services, in accordance with 42 C.F.R. § 405.372(e).

Please contact AdvanceMed in writing should you have any questions.

Sincerely,

*[signature: James D. Burke]*

James D. Burke
Program Integrity Manager

cc:     Kathlene Gruettner, PI Supervisor

AT: 2015_124_1134140533