UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | |
|---|---|
| NURSES' REGISTRY AND<br>HOME HEALTH CORPORATION | CASE NO. 15-51278<br>CHAPTER 11 |
| DEBTOR IN POSSESSION | |

**NOTICE OF HEARING ON FIRST-DAY MOTIONS**

**PLEASE TAKE NOTICE THAT** Nurses' Registry and Home Health Corporation, as debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case, filed certain first-day motions listed on Exhibit A (the "First-Day Motions") on June 26, 2015.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing shall be held on the First-Day Motions on July 1, 2015 at 9:00 a.m. E.T. before the Honorable Judge Schaaf, United States Bankruptcy Court, 100 East Vine Street, Second Floor Courtroom, Lexington, Kentucky.

**PLEASE TAKE FURTHER NOTICE THAT** copies of all of the documents referenced on the list attached hereto as Exhibit A are available free of charge by contacting Debtor's counsel, DelCotto Law Group PLLC, Attn: Heather Purnell, 200 North Upper Street, Lexington, Kentucky 40507, hpurnell@dlgfirm.com, (859) 231-5800.  Additionally, parties may access these documents online via by visiting the CM/ECF filing system for the U.S. Bankruptcy Court for the Eastern District of Kentucky at https://ecf.kyeb.uscourts.gov/.

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

<u>/s/ Laura Day DelCotto, Esq.</u>
Laura Day DelCotto, Esq.
KY Bar No. 81763
Amelia Martin Adams, Esq.
KY Bar No. 93038
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
aadams@dlgfirm.com
COUNSEL FOR DEBTOR AND
DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)

Z:\First Day Hrg Notice 20150624.doc

# EXHIBIT A

## First Day Motions

(a) Debtor's Expedited Motion for an Order Granting Expedited Hearing on Certain First Day Motions and Approving Shortened and Limited Notice Thereof [Doc 6]

(b) Debtor's Expedited Motion for Interim Use of Cash Collateral and to Schedule Final Hearing [Doc 7]

(c) Emergency Motion for a Preliminary Injunction or Temporary Restraining Order – Adv. Proc. No. 15-5074

(d) Debtor's Expedited Motion for Interim and Final Approval of Application to Employ DelCotto Law Group PLLC as General Counsel Effective as of the Petition Date [Doc 8]

(e) Debtor's Expedited Motion to Establish Notice Procedures, Master Service List, and Related Relief [Doc 9]

(f) Debtor's Expedited Motion for an Order Authorizing the Debtor in Possession to Maintain Prepetition Bank Accounts and Continue to Use Existing Business Forms [Doc 10]

(g) Debtor's Expedited Motion for an Order to Pay and Honor Prepetition Wages and Related Items and for Related Relief [Doc 11]

(h) Debtor's Expedited Motion for an Order Regarding Adequate Assurance of Payment for Utility Services [Doc 12]

(i) Affidavit of Rashonda L. Kennedy in Support of Chapter 11 Petition and First Day Motions [Doc 13]