UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

NURSES' REGISTRY AND
HOME HEALTH CORPORATION                           CASE NO. 15-51278

DEBTOR IN POSSESSION                              CHAPTER 11

**ORDER APPROVING DEBTOR'S EMERGENCY MOTION FOR
DEBTOR IN POSSESSION FINANCING AND APPROVING
SHORTENED NOTICE AND EXPEDITED HEARING ON SAME**

This matter having come before the Court on the Emergency Motion For Authority to Incur Emergency Debtor in Possession Financing and Approving Shortened Notice and Expedited Hearing on Same ("Motion")[1] filed by Nurses' Registry and Home Health Corporation, as debtor and debtor in possession (the "Debtor"); and it appearing to the Court that the relief requested by the Motion is in the best interests of the Debtor, its creditors, and all interested parties, is essential for the continued operations of Debtor's business, and is necessary to avoid immediate and irreparable harm to Debtor's estate, and good and sufficient cause appearing therefor; and it also appearing that notice of the Motion was sufficient under the circumstances; and it further appearing that no objections to the Motion having been filed or any timely objections being hereby overruled; and the Court having reviewed the record and being otherwise sufficiently advised and finding that the Debtor has shown sufficient cause to justify shortened notice;

---

[1] All terms not otherwise defined herein shall have the same meaning given such terms in the Motion.

IT IS HEREBY ORDERED as follows:

1. The Motion is SUSTAINED.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtor's case and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A),(D), and (M).

3. An expedited hearing on the Motion is warranted and necessary under the circumstances.

4. The notice given by the Debtor of filing of the Motion and the expedited hearing thereon as specified in the Motion is deemed to be sufficient and adequate notice under the circumstances and in full compliance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules of this Court.

5. Good cause has been shown for entry of this Order. The entry of this Order is necessary and beneficial to the Debtor and its bankruptcy Estate.

6. The Debtor is hereby authorized to obtain the DIP Loan[2] in the amount of up to $300,000.00 from the Probate Estate on the terms set forth in the Motion, which are approved in their entirety. The Debtor shall immediately repay the DIP Loan in full upon its receipt of funds released to the Debtor by the Centers for Medicare and Medicaid Services pursuant to Order of this Court entered contemporaneously herewith.

7. The Debtor is hereby authorized and directed to do and to perform all acts and make, execute, and deliver all instruments and documents which may be required or necessary for its performance under the provisions of this Order.

---

[2] All capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

8. Notwithstanding the provisions of Fed. R. Bankr. P. 6004(h), this Order shall not be stayed for fourteen (14) days after the entry hereof, but shall be effective and enforceable immediately upon entry.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto, Esq.
KY Bar No. 81763
Amelia Martin Adams, Esq.
KY Bar No. 93038
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
ldelcotto@dlgfirm.com
aadams@dlgfirm.com
COUNSEL FOR DEBTOR AND
DEBTOR IN POSSESSION
(UNDER PENDING APPLICATION)

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

Z:\DIP Financing Order 20150630.doc

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, July 01, 2015**
(grs)